

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00076-CV

IN THE INTEREST OF N.L., A
CHILD

------------

FROM THE 16TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 2011-10454-16

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Agreed Motion To Set Aside Trial Court's Judgment And Remand Case To Trial Court." It is the court's opinion that the motion should be granted; therefore, we set aside the trial court's judgment without regard to the merits and remand this case to the trial court to render judgment in accordance with the parties' agreement. *See* Tex. R. App. P.

---

[1]*See* Tex. R. App. P. 47.4.

42.1(a)(2)(B), *Innovative Office Sys., Inc. v. Johnson*, 911 S.W.2d 387, 388 (Tex. 1995). Costs of the appeal shall be paid by the party incurring same, for which let execution issue. *See* Tex. R. App. P. 42.1(d), 43.4.


                                        PER CURIAM

PANEL: DAUPHINOT, J.; LIVINGSTON, C.J.; and SUDDERTH, J.

DELIVERED: October 15, 2015